UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LEON WRIGHT JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HEARTMAN, et al., <br><br> Defendants. | Case No. 2:25-cv-02237-APG-MDC <br><br> **ORDER** |

On November 12, 2025, pro se plaintiff Donald Leon Wright Jr., an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) Plaintiff did not pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis* ("IFP"). (See ECF No. 1.) The Court will grant Plaintiff an extension of time to correct this defect by **January 16, 2026**.

I.  DISCUSSION

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for IFP status, the inmate must submit <u>all three</u> of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. IFP status does not

relieve inmates of their obligation to pay the filing fee, it just means that an inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.  CONCLUSION

It is therefore ordered that Plaintiff has until **January 16, 2026**, to either pay the full $405 filing fee or file a fully complete IFP application with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

(ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can file a complete IFP application or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: November 19, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

2